# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1331
Lower Tribunal No. 2023-CF-006138

_____

MICHAEL EDWARD GRAY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Vincent S. Chiu, Judge.

November 26, 2025

PER CURIAM.

AFFIRMED. *See Avalos v. State*, 419 So. 3d 2025 (Fla. 6th DCA 2025) ("Albert Avalos challenges his conviction for the Sale or Delivery of Cocaine. He argues his sentence . . . is unconstitutional under the United States Supreme Court's recent decision in *Erlinger v. United States*, 602 U.S. 821 (2024). We affirm without deciding *Erlinger's* impact . . . because, even assuming *Erlinger* applies, any error in this case is harmless.").

TRAVER, C.J., and WOZNIAK and GANNAM, JJ., concur.

Blair Allen, Public Defender, and Megan Banfield, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Alyssa M. Williams, Assistant Attorney General, Daytona Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED